```
  UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

 IN RE:                                        CASE NO. 07 B 06513
    PAUL J NASTALI
    KELLI NASTALI                              CHAPTER 13

                                               JUDGE: MANUEL BARBOSA
           Debtor
    SSN XXX-XX-3062      SSN XXX-XX-8919
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/11/07 and confirmed on 09/21/07.

    2.  The case was converted to Chapter 7 after confirmation, 01/23/2008.

    3.  The Debtor paid a total of $   1640.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | 16600.04 | .00 | 314.58 |
| ROBERT A CHAPSKI LTD | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1040.70 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 671.06 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2903.81 | .00 | .00 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | 3388.06 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 1168.18 | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| JONATHAN L CARBURY | UNSECURED | 2755.88 | .00 | .00 |
| KANE ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 558.22 | .00 | .00 |
| STATE FARM INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF PHOENIX | UNSECURED | NOT FILED | .00 | .00 |
| VICTORIAS SECRET | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF SCHAUMBURG | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELL CARE NEONATOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT A CHAPSKI LTD | SECURED | 262.61 | 11.82 | 140.80 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 16862.65 | .00 | 12485.91 | .00 | 29348.56 |

```
PRINCIPAL PAID               455.38           .00           .00           .00       455.38
INTEREST PAID                 11.82           .00           .00           .00        11.82
TOTAL PAID                   467.20           .00           .00           .00       467.20
```
The Debtor's attorney, TERENCE M FENELON                , was allowed $   2250.00
and was paid $    1151.00   direct and $    1099.00   through the plan.

The Trustee received $      73.80 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/17/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE